UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| STEVE McPHERSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DAVID RIVERA, et al., )<br>)<br>Respondents. ) | Case No.: 4:18-cv-01286-ACA-TMP |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss, filed October 11, 2018. (Doc. 7). In the motion, Respondents note Petitioner was removed from the United States to Jamaica on September 27, 2018. (Doc. 7-1, Pitman Decl. at 1).

Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' Motion to Dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

**DONE** and **ORDERED** this October 22, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE